# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: June 19, 2013

**Docket Number: 12   01466-WCA**

**ERNEST ROMERO**
**VERSUS**
**FLOWERS BAKERY COMPANY OF LAFAYETTE, LLC**

**Appealed from Office of Workers' Compensation - # 4 Case No. 11-02789**

**BEFORE JUDGES:**

>   Hon. Sylvia R. Cooks
>   Hon. James T. Genovese
>   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ernest Romero** has this day been

>   **DENIED.**
>   Cooks, J., would grant the rehearing.

cc: Robert James May, Counsel for the Appellee